<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-1543**

In Re:  PAUL A. LEE,

                   Petitioner.

On Petition for Writ of Mandamus.
(5:94-cr-00096-FPS-JES-1)

Submitted:  June 12, 2009          Decided:  June 30, 2009

Before TRAXLER and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Petition denied by unpublished per curiam opinion.

Paul A. Lee, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Federal prisoner Paul A. Lee petitions this court for a writ of mandamus seeking an order directing the district court to rule on several motions. The district court docket sheet discloses that the court denied the motions on June 9, 2009. As a result, Lee's request for relief is moot. Accordingly, although we grant leave to proceed in forma pauperis, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before us and argument would not aid the decisional process.

<u>PETITION DENIED</u>

2